UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
U.S. BANK, NA AS LEGAL TITLE TRUSTEE FOR
TRUMAN 2016 SC6 TITLE TRUST,

                             Plaintiff,

      - against -

ASHMEEN MODIKHAN; ET AL.,

                            Defendant(s).
-------------------------------------------------------------------X

CASE NO: CV 22-7475

**NOTICE OF MOTION FOR REMAND AND FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**

      **PLEASE TAKE NOTICE** that plaintiff U.S. BANK, NA AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST ("Plaintiff" or "U.S. Bank"), by and through its undersigned counsel, FRIEDMAN VARTOLO, LLP, shall move this Court, at a date and time to be determined by the Court, before the Honorable Pamela K. Chen, United States District Judge, Courtroom 4F at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for entry of an order remanding this matter to the Supreme Court of New York, Queens County, and for an award of attorneys' fees and costs.

      **PLEASE TAKE FURTHER NOTICE** that in support of its motion, Plaintiff shall reply upon: (i) the Memorandum of Law submitted herewith; and (ii) the Declaration of Zachary Gold, Esq.

Dated: January 4, 2022
       New York, New York

Respectively submitted,

**FRIEDMAN VARTOLO, LLP**

/s/ Zachary Gold
Zachary Gold, Esq.
85 Broad Street, Suite 501
New York, New York 10004
Tel: (212) 471-5100
Fax: (212) 471-5150
zgold@friedmanvartolo.com
*Attorneys for Plaintiff U.S. BANK, NA*
*AS LEGAL TITLE TRUSTEE FOR*
*TRUMAN 2016 SC6 TITLE TRUST*